**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

| | |
|---|---|
| **GARY S. COX, SR.,** | **PETITIONER** |
| **V.** | **NO. 1:05CV229-B-D** |
| **DEPARTMENT OF HUMAN SERVICES, ET AL,** | **RESPONDENTS** |

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 28th day of September, 2005.

/s/ Neal Biggers

SENIOR U.S. DISTRICT JUDGE