IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

GARY S. COX, SR.,                                                             PETITIONER

V.                                                                                        NO. 1:05CV229-B-D

DEPARTMENT OF HUMAN SERVICES, ET AL,                     RESPONDENTS

### FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **dismissed** without prejudice and without evidentiary hearing for failure to exhaust available state remedies.

**IT IS SO ORDERED.**

THIS the 28th day of September, 2005.

                                                                                /s/ Neal Biggers

                                                              SENIOR U.S. DISTRICT JUDGE